**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2125**

TORNELLO FONTAINE, pierce el-bey Grantor Washitaw de
Dugdahmoundyah Muur's Grantor/In Propria Persona,

Plaintiff - Appellant,

v.

CITY OF CHARLOTTE; CHARLOTTE MECKLENBURG POLICE DEPARTMENT;
T. BOBREK; JOHN DOE,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Robert J. Conrad,
Jr., Chief District Judge. (3:11-cv-00131-RJC-DCK)

Submitted: February 9, 2012      Decided: February 13, 2012

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Noble Tornello Fontaine Pierce El-Bey, Appellant Pro Se.
Richard Rustin Perlungher, CHARLOTTE-MECKLENBURG POLICE
DEPARTMENT, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tornello Fontaine appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendants' motion to dismiss Fontaine's 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Fontaine v. City of Charlotte, No. 3:11-cv-00131-RJC-DCK (W.D.N.C. Oct. 7, 2011). Further, we deny Fontaine's motion for sanctions and for a grand jury trial and, accordingly, deny as moot Defendants-Appellees' motion to strike Fontaine's motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED